UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEANNE MAXWELL | CIVIL ACTION<br>NO. 07-2721 |
| VERSUS | |
| GABRIEL BUILDING AND<br>SUPPLY COMPANY, INC. ROBERT GABRIEL,<br>AND JIMMY MOREAL | SECTION M |

ORDER

Before the Court is Defendants' Motion for Summary Judgment which came for hearing on May 14, 2008, on the briefs. The motion appears meritorious and is unopposed.

Accordingly, the motion is **GRANTED** and plaintiff's claims are **dismissed** with prejudice.

New Orleans, Louisiana, this 15th day of May, 2008.

Peter Beer
United States District Judge